Andrew D. Wright, #8857
Andrew B. McDaniel, #11070
STRONG & HANNI
9350 South 150 East, Suite 820
Sandy, Utah 84070
Telephone:  (801) 532-7080
Facsimile:   (801) 323-2037
awright@strongandhanni.com
amcdaniel@strongandhanni.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PRIME INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>B & Y TRANSPORT LLC, BOBIRT R. MIRANDA, and ARIEL HERNANDEZ CORDOVA<br><br>Defendants.<br><br>_____<br><br>B&Y TRANSPORT LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>RELIANCE PARTNERS, LLC; JULIA CHAVEZ; and ROBERTO VASQUEZ,<br><br>Third-Party Defendants. | **NOTICE OF SETTLEMENT**<br><br>Case No: 2:19-CV-825<br><br>Judge:  Bruce S. Jenkins |

The parties hereby notify the Court that today an amicable global settlement was reached which resolves the above-entitled litigation as well as the underlying litigation that is the subject matter of this declaratory judgment action. The parties will prepare settlement documents and anticipate submitting dismissal pleadings to the Court in the near future. Accordingly, the parties submit that a hearing on the pending motion to dismiss will not be needed.

DATED this 4th day of September, 2020.

                                     STRONG & HANNI

                                     By     /S/ Andrew D. Wright
                                          Andrew D. Wright
                                          Andrew B. McDaniel
                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2020, a true and correct copy of the Notice of Settlement was served by the method indicated below, to the following:

| | |
|---|---|
| Scott M. Petersen<br>Sarah C. Vaughn<br>Clint R. Hansen<br>Fabian Vancott<br>215 South State Street, Suite 1200<br>Salt Lake City, UT 84111<br>spetersen@fabianvancott.com<br>svaughn@fabianvancott.com<br>chansen@fabianvancott.com | ( )  U.S. Mail, Postage Prepaid<br>( )  Hand Delivered<br>( )  Facsimile<br>( )  Email<br>(x)   ECF |
| Andrew M. Morse<br>Erika A. Larsen<br>Snow Christensen & Martineau<br>10 Exchange Place, Eleventh Floor<br>PO Box 45000<br>Salt Lake City, UT 84145-5000<br>amm@scmlaw.com<br>eml@scmlaw.com | ( )  U.S. Mail, Postage Prepaid<br>( )  Hand Delivered<br>( )  Facsimile<br>( )  Email<br>(x)   ECF |

/S/ Heidi McEwen